UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

United States of America_____
                                         )      Crim. No. 06-21-01 (RBW)
                                         )
    versus                )
                                         )
CINQUAN L. BLAKNEY,        )
_____Defendant_____)

MOTION TO CONTINUE STATUS HEARING

      Defendant, through undersigned counsel appointed under the Criminal Justice Act, respectfully moves the Court to continue the status hearing now set for Monday, Feb. 27, 2006, at 11:30 a.m. until a date convenient to the Court and parties for the following reason:

      Defendant's counsel began a trial in the D.C. Superior Court on Thursday, Feb. 23, 2006, before the Hon. Lynn Leibovitz, Assoc. Judge. A pretrial hearing on a motion to suppress took nearly entire day. It was anticipated that the trial would last approximately two days. However, a hearing on a pretrial motion took nearly the entire day. It also happened that Judge Leibovitz was not able to sit on Friday, Feb. 24. That was not known to counsel when he informed this Court that the status hearing for Feb. 27 at 11:30 a.m. Counsel informed Judge Leibovitz of the status hearing set in the instant case and requested her indulgence in permitting counsel to attend. Judge Leibovitz informed counsel that she expected to be conducting jury selection in the trial case and that counsel could not be excused.

      Counsel informed the Court's law clerk by phone on Friday, Feb. 24, when the scheduling conflict first became apparent. Counsel has left messages with both George

1

Eliopoulos, Esq. and Anthony Scarpelli, Esq., the two Assistant U.S. Attorneys, and William J. Garber, Esq., who represents codefendant Ralph Ingram. Counsel asked Mr. Garber in his message to stand in for undersigned counsel if possible, but has not heard from Mr. Garber at the time of this writing.

Counsel represents that he has received additional pretrial discovery materials, including several pretrial motions from the government, and has met with his client since that last status hearing. Counsel reports no particular difficulties so far in the representation.

For these reasons, defendant therefore requests that the case be continued for further status. Counsel would be available on March 13, 14, 15, 17, 20, or 22, 2006. A proposed Order is attached.

WHEREFORE, defendant moves the Court to grant said relief.

Respectfully submitted,

NATHAN I. SILVER/#944314
Attorney for Cinquan L. Blakney

P.O. Box 5757
Bethesda, MD 20824-5757
(301) 229-0189 (fax and voice calls)
email: NISquire@aol.com

CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing pleading was served via electronic transmission upon the following this 25th day of February, 2006: George Eliopoulos, Esq. and Anthony Scarpelli, Esq., United States Attorney's Office, 555 4th Street NW, Washington, D.C. 20530, and upon William J. Garber, Esq., attorney for Ralph Ingram, 717 D Street NW, Washington DC 20004.

_____
*Nathan I. Silver*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

United States of America_____
                                                              )          Crim. No. 06-21-01 (RBW)
                                                              )
         versus                                         )
                                                              )
CINQUAN L. BLAKNEY,                    )
_____Defendant_____)

ORDER

Upon good cause shown in defendant's Motion to Continue Status Hearing, and upon other evidence before the Court in the record of the case, it shall be and hereby is, this \_\_\_\_ day of February, 2006,

ORDERED, that the status hearing scheduled for Monday, Feb. 27, 2006, at 11:30 a.m. is hereby VACATED, and it is further

ORDERED, that the above-referenced case is scheduled for further status on _____, 2006, at _____ a.m./p.m.

_____
Hon. Reggie B. Walton
United States District Judge

Cc:   George Eliopoulos, Esq.
        Anthony Scarpelli, Esq.
        U.S. Attorney's Office Narcotics Section
        555 4th Street NW #4816
        Washington, DC 20530

        Nathan I. Silver, Esq.
        P.O. Box 5757
        Bethesda, MD 20824-5757

3

William J. Garber, Esq.
717 D Street NW
Washington, DC 20004