UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

United States of America_____
)   Crim. No. 06-21 (RBW)
)
versus            )
)
CINQUAN L. BLAKNEY,         )
_____Defendant_____)

NOTICE OF APPEARANCE

The clerk of the Court will please note the entry of my appearance under the Criminal Justice Act nunc pro tunc to February 8, 2006.

Respectfully submitted,

NATHAN I. SILVER/#944314
Attorney for Cinquan L. Blakney

P.O. Box 5757
Bethesda, MD 20824-5757
(301) 229-0189 (fax and voice calls)
email: NISquire@aol.com

CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing pleading was served via electronic transmission upon the following this 27th day of February, 2006: George Eliopoulos, Esq. and Anthony Scarpelli, Esq., United States Attorney's Office, 555 4th Street NW, Washington, D.C. 20530, and upon William J. Garber, Esq., attorney for Ralph Ingram, 717 D Street NW, Washington DC 20004.

_____
*Nathan I. Silver*