IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED

MAR 1 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| Plaintiff | : |
| vs. | : CRIMINAL NO.: 06-021 |
| CINQUAN BLAKNEY | : |
| Defendant | : |

**MOTION FOR PRO HAC VICE ADMISSION**

Comes now the undersigned counsel, William O. Lockwood, Esquire, and respectfully moves the admission pro hac vice of Louis J. Martucci, Esquire, in the aforecaptioned matter and in support thereof states as follows:

1. That Louis J. Martucci is a practicing attorney having been admitted to the Court of Appeals of Maryland since June 23, 2966.

2. That the said attorney is in good standing as evidenced by the attached "Certificate of Good Standing" issued by the Maryland Court of Appeals.

3. That Louis J. Martucci is also admitted to the United States District Court for the District of Maryland, having been admitted thereto April 11, 1969.

4. That the said attorney has personally known the undersigned for approximately eighteen (18) years.

5. That Louis J. Martucci, Esquire is familiar with the Rules of this Court and has

appeared before this Honorable Court on several prior occasions.

Wherefore, it is respectfully requested that Louis J. Martucci, Esquire be granted permission to enter his appearance pro hac vice in the aforecaptioned case and represent the defendant, Cinquan Blakney, in all matters pertaining thereto.

Respectfully submitted,

William O. Lockwood
D.C. Bar # 170811
P.O. Box 782
Silver Spring, Maryland 20918
301-593-6781

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this __1__ day of __March__, 2006, a copy of the foregoing Motion for Pro Hac Vice Admission was mailed, postage prepaid, to the Office of the United States Attorney, 555 Fourth Street, N.W., Washington, D.C. 20530.

William O. Lockwood

# Court of Appeals of Maryland
### Annapolis, MD



## CERTIFICATE OF GOOD STANDING

STATE OF MARYLAND, ss:

I, Alexander L. Cummings, Clerk of the Court of Appeals of Maryland, do hereby certify that on the twenty-third day of June, 1966,

### Louis James Martucci

having first taken and subscribed the oath prescribed by the Constitution and Laws of this State, was admitted as an attorney of said Court, is now in good standing, and as such is entitled to practice law in any of the Courts of said State, subject to the Rules of Court.

**In Testimony Whereof,** I have hereunto set my hand as Clerk, and affixed the Seal of the Court of Appeals of Maryland, this twenty-fourth day of February, 2006.

*Alexander L. Cummings*
Clerk of the Court of Appeals of Maryland