IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**

MAR 1 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| Plaintiff | : | |
| vs. | : | CASE NO.: **06-021** |
| **CINQUAN BLAKNEY** | : | |
| Defendant | : | |

**ORDER**

UPON CONSIDERATION of the Motion for Pro Hac Vice Admission of Louis J. Martucci, Esquire filed herein, it is this 1st day of March, 2006, by the United States District Court for the District of Columbia;

**ORDERED**, that the Motion is hereby granted and Louis J. Martucci, Esquire shall be permitted to act as counsel for the defendant, Cinquan Blakney, in all matters related to the instant case.

_____
JUDGE