**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA** | : |
| | : |
| **Plaintiff** | : |
| | : |
| VS. | : **Criminal No.: 06-21-(1) (RBW)** |
| | : |
| **CINQUAN LOUIS BLAKNEY** | : |
| | : |
| **Defendant** | : |

**MOTION TO ADOPT AND JOIN IN**
**MOTION TO DISMISS INDICTMENT, SPEEDY TRIAL ACT**

Defendant, Cinquan Louis Blakney, moves to adopt and joins in the Motion to Dismiss Indictment, Speedy Trial Act based on the argument and rationale set forth in the Motion to Dismiss filed by co-defendant, Ralph Bernard Ingram, through his counsel and electronically docketed as number 18.

Respectfully submitted,

_____
Louis J. Martucci, Pro Hac Vice
14452 Old Mill Road, Suite 201
Upper Marlboro, Maryland 20772
301-780-9020   Fax 301-780-9024

_____
William O. Lockwood, #170811
P.O. Box 782
Silver Spring, Maryland 20918
301-593-6781

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | : |
| | : |
| **Plaintiff** | : |
| | : |
| VS. | : **Criminal No.: 06-21-(1) (RBW)** |
| | : |
| **CINQUAN LOUIS BLAKNEY** | : |
| | : |
| **Defendant** | : |

## ORDER

**UPON CONSIDERATION,** of the defendant's Motion to Adopt and Join in Motion to Dismiss Indictment, Speedy Trial Act, filed on behalf of Ralph Bernard Ingram, it is this _____ day of _____, 2006;

**ORDERED,** that the defendant's Motion is hereby granted.

_____
**JUDGE REGGIE B. WALTON**