**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA** | : |
| Plaintiff | : |
| VS. | : **Criminal No.: 06-21-(1) (RBW)** |
| **CINQUAN LOUIS BLAKNEY** | : |
| Defendant | : |

**MOTION TO ADOPT AND JOIN IN**
**REPLY TO GOVERNMENT'S OPPOSITION TO**
**MOTION TO DISMISS INDICTMENT**

Defendant, Cinquan Louis Blakney, moves to adopt and joins in the Reply to Government's Opposition to Motion to Dismiss Indictment based on the argument and rationale set forth in the Reply to Government's Opposition to Motion to Dismiss filed by co-defendant, Ralph Bernard Ingram, through his counsel and electronically docketed as number 21.

Respectfully submitted,

_____
Louis J. Martucci, Pro Hac Vice
14452 Old Mill Road, Suite 201
Upper Marlboro, Maryland 20772
301-780-9020   Fax 301-780-9024

_____
William O. Lockwood, #170811
P.O. Box 782
Silver Spring, Maryland 20918
301-593-6781