UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED
NOV 2 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v. ) | Criminal Action No. 06-21 (RBW) |
| ) | |
| CINQUAN L. BLAKNEY, et al., ) | **SEALED** |
| ) | |
| Defendants. ) | |

## ORDER

On October 5, 2006, the government filed a motion for exclusion of time under the Speedy Trial Act. Accordingly, it is hereby

**ORDERED** that any defendant who opposes the government's motion shall file an opposition by November 10, 2006.

**SO ORDERED** this 1st day of November, 2006.

REGGIE B. WALTON
United States District Judge