THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff, | : | |
| v. | : | Case Number: 06-CR-21 (RBW) |
| CINQUAN BLAKNEY, | : | |
| Defendant. | : | |

**ENTRY OF APPEARANCE**

Mister/Madam Clerk:

    Please enter the appearance of ANTHONY D. MARTIN, Esquire, on behalf of the Defendant CINQUAN BLAKNEY.

        Respectfully submitted,
        ANTHONY D. MARTIN, PC

By: _____
Anthony D. Martin, Esquire
BELLE POINT OFFICE PARK
7841 Belle Point Drive
Greenbelt, MD 20770
(301220-3700; (301) 220-0791 (fax)

*Attorney for Cinquan Blakney*