THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, : | |
| Plaintiff, : | |
| v. : | Case Number: 06-CR-21 (RBW) |
| CINQUAN BLAKNEY, : | |
| Defendant. : | |

## MOTION FOR ACCESS TO THE DC JAIL LIBRARY COMPACT DISC PLAYERS AND HEADSET

Comes now CINQUAN BLAKNEY through his court appointed counsel and moves for an order directing the functionaries at the DC Jail to permit him access to the DC Jail Library and headsets and compact disc players for reasons appearing below.

### *Procedural Posture*

No trial date has been set or scheduling order issued at this time. The case is scheduled for a status hearing on February 9th, 2007.

### *Background*

CINQUAN BLAKNEY was arrested on January, 26th, 2006. He has been charged in a multi-count indictment alleging violations of 21 USC 841 and 846, *inter alia*. He has been in custody from the date of his arrest to the present and continuing. He is being held at the District of Columbia Jail. As of this writing he has not had any access to technology that will allow him to review any of the discovery material provided to counsel.

### *Reasons for Requested Order*

1. A great deal of the evidence against Mr. BLAKNEY is in the form of digitized information; which includes but is not limited to phone conversations. Mr. BLAKNEYS's counsel will be involved in a trial

scheduled to begin on February 13th, 2007, which is expected to last through the summer of 2007. Hence, counsel may not be in a position to review the discs before visiting with Mr. BLAKNEY.

2. Mr. BLAKNEY currently has access to the library for one (1) hour each week and is not permitted to use any of the audio equipment.

3. There are literally hundreds of telephone conversations allegedly involving Mr. BLAKNEY and others said to be part of a drug organization. Mr. BLAKNEY would like to listen to every conversation purported to involve him.

4. Moreover, Mr. BLAKNEY would like to research and review case law related to various issues that are bound to arise in his case. It has been held that meaningful access to the court includes the right of access to a law library. *Bounds v. Smith*, 430 U.S. 817, 97 S.Ct. 1491, 52 L.Ed.2d 72 (April 27, 1977)

## *Prayer*

WHEREFORE, for these and other reasons that may become apparent to the court, Mr. BLAKNEY seeks an order directing the warden and her staff to permit him access to the law library for no less then ten (10) hours per week as security and availability permit.

Respectfully submitted,
ANTHONY D. MARTIN, PC

By: _____
Anthony D. Martin, Esquire
BELLE POINT OFFICE PARK
7841 Belle Point Drive
Greenbelt, MD 20770
(301220-3700; (301) 220-0791 (fax)

*Attorney for Cinquan Blakney*

## POINTS AND AUTHORITIES

*Cases*

1. *Bounds v. Smith*, 430 U.S. 817, 97 S.Ct. 1491, 52 L.Ed.2d 72 (April 27, 1977)

*Statutes*

2. 42 USC §1983