THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Case Number: 06-CR-21 (RBW) |
| | : | |
| | : | |
| CINQUAN BLAKNEY, | : | |
| | : | |
| Defendant. | : | |
| | : | |

**ORDER**

This matter is before the court on the Defendant's motion for an order permitting access to the law library and equipment to read, review and listen to digitized data. After having reviewed the record as a whole, the motion and any response filed by the government, it is the court's conclusion that it is in the interest of justice requires that the defendant's application be granted.

WHEREFORE, IT IS ORDERED, this _____, 2007 that the defendant will have access to the Law Library at the District of Columbia Jail for at least ten (10) hours a week; as security and availability permit. IT IS FURTHER ORDERED, that the defendant will have access to any technology that will allow him to read, review and listen to digitized data during his visits to the library or any other area designated by the Jail Staff.

                                        _____
                                              J    U    D    G    E