THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| Plaintiff, : | |
| : | |
| v. : | Case Number:  06-CR-21-01-RBW |
| : | |
| CINQUAN BLAKNEY, : | |
| : | |
| Defendant : | |
| _____ : | |

DISTRICT OF COLUMBIA'S OPPOSITION TO DEFENDANT'S
REQUEST FOR MORE LAW LIBRARY TIME

The District of Columbia Department of Corrections, by Carol E. Burroughs, Assistant Attorney General for the District of Columbia, opposes Defendant Cinquan Blakley's request for at least ten hours per week of library time on the grounds that the D.C. Detention Facility Law Library cannot accommodate the request without impinging on the rights of other inmates to use the library.

The reasons for the Department of Corrections' position are set forth in more detail in the attached Declaration of Brenda Ward, Deputy Warden for Programs. (Exhibit 1)

    Respectfully submitted,

    LINDA SINGER
    Acting Attorney General
    for the District of Columbia

    David Rubenstein
    Deputy Attorney General
    Public Safety Division

        Maria C. Amato
        General Counsel
        D.C. Department of Corrections


        /s/  Carol E. Burroughs
        Carol E. Burroughs [415432]
        Assistant Attorney General
        for the District of Columbia
        1923 Vermont Avenue, N.W.
        Washington, DC  20001
        Telephone: 202-671-0088
        Fax:  202-671-2514
        Email:  **carol.burroughs@dc.gov**