THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA    : | |
|                                           : | |
|         Plaintiff,                       : | |
|                                           : | |
|     v.                                   : | Case Number: 06-CR-21-01-RBW |
|                                           : | |
| CINQUAN BLAKNEY,              : | |
|                                           : | |
|         Defendant                    : | |

DECLARATION OF BRENDA WARD

I, Brenda Ward, pursuant to 28 U.S.C., 1746, declare under penalty of perjury that the foregoing is true and correct:

1. I am the Deputy Warden for Programs at the District of Columbia Central Detention Facility (CDF). The CDF Law Library is under my supervision.

2. I understand that the Court issued an order granting defendant's request for at least 10 hours per week of library time and access to audio equipment to review CDs of wiretap recordings. As of the date of this declaration, I have not received a copy of that order.

3. Cinquan Blakney, DCDC 262-376, is one of 136 inmates in Southwest 1 which is a pretrial detainee minimum/medium security cellblock. Each cellblock has one 55-minute period of scheduled time in the law library each week. We also have some time on Thursday and Fridays allotted for inmates who have court orders for additional time. However, we must maintain appropriate security-level segregation and comply with separation orders. The library can only accommodate 20 inmates at a time. On

average, approximately half of the inmates of this cellblock request library time. Inmates who need to review audio CDs use one of the computers to do that. Their attorney must also furnish the necessary earphones. We work very hard to provide additional library time for inmates preparing for trial. However, an order for at least 10 hours a week of library time for an undetermined length of time will infringe on other inmates' fair share of library use time. Attached is a library schedule that reflects the number of groups—many who cannot be commingled—who must also access the library.

4. I would request that the Court reconsider the existing order in relation to the actual trial date and the number of hours of recorded evidence and reduce Mr. Blakney's hours in the library to no more than two hour's a week.

_____   2/6/07
Brenda Ward                Date