**DEPARTMENT OF CORRECTION**
**CENTRAL DETENTION FACILITY**
*Law Library Schedule*
Effective Date October 23, 2006

RECOMMENDED BY: _____
/Brenda Ward
Deputy Warden for Programs

APPROVED BY: _____
William J. Smith
Acting Warden

| TIME | MONDAY | TUESDAY | WEDNESDAY | THURSDAY | FRIDAY |
|---|---|---|---|---|---|
| 9:00AM – 10:00AM | Southwest Three | North One<br><br>JUVENILES | Northwest Two | **COURT ORDER REQUEST**<br>9:00AM – 1:00PM | **COURT ORDER REQUEST**<br>9:00AM – 1:00PM |
| 10:00AM – 11:00AM | Northeast<br><br>Three Intake Block | Southeast One | Northeast Two | **COURT ORDER REQUEST**<br>9:00AM – 1:00PM | **COURT ORDER REQUEST**<br>9:00AM – 1:00PM |
| 11:00AM – 12:00PM | Southeast Three | Northwest One<br><br>Detail Unit | Southeast Two | **COURT ORDER REQUEST**<br>9:00AM – 1:00PM | **COURT ORDER REQUEST**<br>9:00AM – 1:00PM |
| 12:00PM – 1:00PM | North Three<br><br>Safety Net RSTAT General Population | South Two<br><br>JUVENILES | Southwest Two | **COURT ORDER REQUEST**<br>9:00AM – 1:00PM | **COURT ORDER REQUEST**<br>9:00AM – 1:00PM |
| 1:00PM – 2:00PM | Northwest Three<br><br>*Intakes Must Be Classified | Southwest One | South Two<br><br>FEMALES | **ADMINISTRATIVE** | **ADMINISTRATIVE** |

*****NOTE: All status units will be serviced only through a Library Request Slips, which can be retrieved from the OIC of each unit. OIC in the Intake Unit will take request slips around to all cells and return the legal request to the law library OIC. Only 20 inmates allowed during respective time. All status units must request Law Library information by Officers, Librarian, and DOC mail.