**THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

UNITED STATES OF AMERICA,   :
                                                        :
                        Plaintiff,        :
                                                        :
v.                                              :        Case Number: 06-CR-21-01-RBW
                                                        :
                                                        :
CINQUAN BLAKNEY,                      :
                                                        :
                        Defendant.     :
_____:

**NOTICE OF INTENT TO INTRODUCE**
**UNCHARGED MISCONDUCT AND PRIOR CONVICTIONS**

Comes now CINQUAN BLAKNEY and gives notice to the government of its intent to use evidence of prior arrests, convictions, or bad acts of any and all government witnesses   This notice  is made under Fed. R. Evid. 609(b) and Fed. R. Crim. P. 16.

In addition, CINQUAN BLAKNEY intends to move into evidence all documents, records of judgments and convictions, photographs and tangible evidence, and information pertaining to any judgments and convictions or prior bad acts of any government witness.  This notice also includes the rap sheets of any government witnesses including  "rap" sheets and/or NCIC computer checks in their legal name or any other name or alias the government believes was used by him/her in the past.

**POINTS AND AUTHORITIES**

Evidence of a prior record is available under Fed. R. Crim. P. 16(a)(1)(B).  Evidence of prior similar acts is discoverable under Fed. R. Crim. P. 16(a)(1)(C) and Fed. R. Evid. 609(b).

Respectfully submitted,
ANTHONY D. MARTIN


By: _____

Anthony D. Martin, 362-537
7841 Belle Point Drive
Greenbelt, MD 20770
(301) 220-3700

*Attorney for CINQUAN BLAKNEY*


## CERTIFICATE OF SERVICE

I HEREBY CERTIFY, that a copy of the foregoing NOTICE under 609(b) NOTICE was sent electronically, via fax and regular mail, to the following individuals on the date indicated below.

George Eliopolous, Esquire
Organized Crime and Narcotics Section
555 Fourth Street, NW
Washington, DC 20530

Anthony Scarpelli, Esquire
Organized Crime and Narcotics Section
555 Fourth Street, NW
Washington, DC 20530


on Thursday, September 20, 2007.


_____

Anthony D. Martin, 362-537