THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Case Number: 06-CR-21-01-RBW |
| | : | |
| | : | |
| CINQUAN BLAKNEY, | : | |
| | : | |
| Defendant. | : | |
| | : | |

**MOTION FOR NOTICE OF INTENT TO INTRODUCE
UNCHARGED MISCONDUCT AND PRIOR CONVICTIONS**

Comes now CINQUAN BLAKNEY and moves for an order directing the government to provide notice of its intent to use evidence of prior arrests, convictions, or bad acts. This motion is made under Fed. R. Evid. 404(b) and Fed. R. Crim. P. 16.

In addition, CINQUAN BLAKNEY moves for production of all evidence, documents, records of judgments and convictions, photographs and tangible evidence, and information pertaining to any judgments and convictions or prior bad acts. This request also includes his "rap" sheet and/or NCIC computer check on the name CINQUAN BLAKNEY or any other name or alias the government believes was used by him in the past.

**POINTS AND AUTHORITIES**

Evidence of a prior record is available under Fed. R. Crim. P. 16(a)(1)(B). Evidence of prior similar acts is discoverable under Fed. R. Crim. P. 16(a)(1)(C) and Fed. R. Evid. 404(b) and 609.

        Respectfully submitted,
        ANTHONY D. MARTIN


By: _____
        Anthony D. Martin, 362-537
        7841 Belle Point Drive
        Greenbelt, MD 20770
        (301) 220-3700

*Attorney for CINQUAN BLAKNEY*