**THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

UNITED STATES OF AMERICA,     :
                                      :
                Plaintiff,     :
                                        :
v.     :     Case Number: 06-CR-21-01-RBW
                                        :
                                        :
CINQUAN BLAKNEY,     :
                                        :
                Defendant.     :
_____     :

**ORDER**

       This matter is before the court because of a filing of a request for DISCOVERY 404(b) NOTICE.  It appearing to the court that good cause has been shown for the relief requested.

       IT IS ORDERED this _____ day of _____2007,    that    before introducing any evidence of other crimes or bad acts that the government first provide notice pursuant to FedR.Evid. 404(b) to the defendant of its intent to introduce such evidence.

                                                  _____
                                               J    U    D    G    E

George Eliopolous, Esquire
Organized Crime and Narcotics Section
555 Fourth Street, NW
Washington, DC 20530

Anthony Scarpelli, Esquire
Organized Crime and Narcotics Section
555 Fourth Street, NW
Washington, DC 20530

Anthony D. Martin, Esquire
BELLE POINT OFFICE PARK
7841 Belle Point Drive
Greenbelt, MD 20770