**THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

UNITED STATES OF AMERICA,    :
                                                    :
                            Plaintiff,    :
                                                    :
v.                                                 :          Case Number: 06-CR-21-01-RBW
                                                    :
                                                    :
CINQUAN BLAKNEY,                      :
                                                    :
                            Defendant.    :
_____    :

**ORDER**

This matter is before the court on a Motion filed by Mr. BLAKNEY to Reveal the Identify of

an Informants and other information that may go to their bias or motive to present favorable

testimony for the government.    After having considered the record to date, the government's

response to the Motion and the argument's of counsel, it appears to the court that the interest of

justice demands that the government reveal the identify of the informant.

WHEREFORE THE MOTION IS GRANTED and the government is ORDERED to

provide the information requested forthwith.

_____
                            J U D G E

George Eliopolous, Esquire
Anthony Scarpelli, Esquire
United States Attorney's Office
555 4th Street, NW
Washington, DC  20530

Anthony D. Martin, Esquire
BELLE POINT OFFICE PARK
7841 Belle Point Drive
Greenbelt, MD 20770