THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Case Number: 06-CR-21-01-RBW |
| | : | |
| | : | |
| CINQUAN BLAKNEY, | : | |
| | : | |
| Defendant. | : | |
| | : | |

**MOTION FOR DISCOVERY AND PRODUCTION OF DOCUMENTS**

This matter is before the court on a Motion field by CINQUAN BLAKNEY for Discovery pursuant to *Fed.R.Crim.P*.12(d)2 and 16.  After considering the motion, the record to date and the government's response, IT APPEARS that the defendant has a legitimate basis in law and fact to be given the information and documents sought.

WHEREFORE, IT IS ORDERED this day of _____ 2007 that the government provide those items identified in the defendant's motion prior to trial or at a time consistent with the Federal Rules Evidence and Federal Rules of Criminal Procedure.

_____
J   U   D   G   E