THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,   : | |
| : | |
| Plaintiff,   : | |
| : | |
| v.                             : | Case Number: 06-CR-21-01-RBW |
| : | |
| : | |
| CINQUAN BLAKNEY,           : | |
| : | |
| Defendant.   : | |
| : | |

**MOTION FOR ORDER DIRECTING THE FUNCIONARIES
AT THE DISTRICT OF COLUMBIA JAIL TO PROVIDE THE DEFENDANTS
WITH A NUTRITIOUS LUNCH DURING THE COURSE OF THE TRIAL**

COMES NOW CINQUAN BLAKNEY, through court appointed counsel and moves for an order directing the functionaries at the District of Columbia Jail to provide him with a nutritional lunch during all pre-trial hearings lasting through the morning into the afternoon and during the course of upcoming trial for the reasons stated below.

*Procedural Posture*

Defense pre-trial motions are due on October 12, 2007. The government's response is due on November 9, 2007. The Defense reply is due on November 30, 2007. A status conference is set for January 11, 2008. Argument on the motions has been set for March 3, 2008. Jury selection is set for March 11, 2008 and the trial is scheduled to begin on March 12, 2008. The trial is expected to last through the month of June 2008.

1.      Historically, defendants who are in trial are usually awakened at 3:30 am to eat breakfast. Breakfast typically consists of one waffle with a side of grits or toast with a sausage and a side of grits.

2.      Their next meal is eaten anytime between 12:30pm and 1:00pm and almost always consists of a cheese sandwich or peanut butter spread, unless there is direction to the contrary.

3.      It is difficult for defendants to remain alert (or even minimally attentive) during the trial given their sleep deprivation and lack of nutrition.

4.      The combined effect of inadequate sleep and malnourishment may result in an affect that suggests ennui on the part of the defendant.

5.      Since, none of the defendants is likely to testify, the only cues about their personality that the jurors can pick up on are their overall bearing and demeanor.

6.      The potential prejudice from such a reading on the part of a jury cannot be overstated.

7.      Counsel has been advised that the jail will prepare Salami or Peanut Butter and Jelly Sandwiches, but they will not box fruits or juices because of spoilage concerns.

8.      Counsel has also personally witnessed turkey sandwiches being given to defendants after direction from the court.

*Prayer*

WHEREFORE, it is respectfully requested that an order issue directing the warden and/or his subordinates to provide the defendants with something more than cheese sandwiches for lunch unless a safety or security issue can be identified.


Respectfully submitted,


Anthony D. Martin, Esquire

By: _____
Anthony D. Martin, 362-537
7841 Belle Point Drive
Greenbelt, MD 20770
(301) 220-3700

Attorney for Defendant
*Cinquan Blakney*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the MOTION FOR ORDER DIRECTING THE FUNCIONARIES AT THE DISTRICT OF COLUMBIA JAIL TO PROVIDE THE DEFENDANTS WITH A NUTRITIONAL LUNCH was filed electronically and served by e-mail to:

> George Eliopoulos, Esquire
> Anthony Scarpelli, Esquire
> United States Attorney's Office
> 555 Fourth Street
> Washington, DC 20001

_____
Anthony D. Martin, Esquire