THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, : | |
| Plaintiff, : | |
| v. : | Case Number: 06-CR-21-01-RBW |
| CINQUAN BLAKNEY, : | |
| Defendant. : | |

**ORDER**

This matter is before the Court on a Motion for an Order Directing the Functionaries at the District Of Columbia Jail to Serve the Defendants With a Nutritional Lunch for the duration of the trial to begin on March 8th, 2008.

IT APPEARS to the Court that Good Cause has been shown. WHEREFORE, the motion is GRANTED, and IT IS ORDERED that the Warden direct her staff to serve the Defendants with a Nutritional Lunch; consisting of more than bread and cheese, unless it can be shown that there is some financial constraint or security concern that prevents this from taking place.

_____
J U D G E

cc:

Anthony D. Martin, Esquire
7841 Belle Point Drive
Greenbelt, MD 20770


George Eliopoulos, Esquire
Anthony Scarpelli, Esquire
555 Fourth Street, NW
Washington, DC 20001