THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, : | |
| Plaintiff, : | |
| v. : | Case Number: 06-CR-21-01-RBW |
| CINQUAN BLAKNEY, : | |
| Defendant. : | |

**MOTION TO PRESERVE NOTES, REPORTS AND EVIDENCE**

Comes now CINQUAN BLAKNEY and moves for an order directing the government to preserve any notes, reports, disbursement sheets, receipts and tangible evidence that may be related to this case. This motion is made pursuant to *California v. Trombetta,* 104 S.Ct. 2528 (1984).

**POINTS AND AUTHORITIES**

1. *California v. Trombetta,* 104 S.Ct. 2528 (1984)
2. *United States v. Riley,* 189 F.3d 802, 806 (9th Cir. 1999)
3. 18 USC §3500

        Respectfully submitted,
        ANTHONY D. MARTIN, PC

By: _____
  Anthony D. Martin, 362-537
  7841 Belle Point Drive
  Greenbelt, MD 20770
  (301) 220-3700

*Attorney for CINQUAN BLAKNEY*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing MOTION TO PRESERVE NOTES AND EVIDENCE was sent by electronically filed, e-mailed, hand delivered or sent by facsimile and/or postage pre-paid to the following individuals at the addresses appearing below and on the following page:

> George Eliopolious, Esquire
> United States Attorney's Office
> Organized Crime and Narcotics Section
> 555 Fourth Street, NW
> Washington, DC 20530

on Thursday, September 20, 2007.

_____
Anthony D. Martin, 362-537

THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| Plaintiff, | : |
| v. | : Case Number: 06-CR-21-01-RBW |
| CINQUAN BLAKNEY, | : |
| Defendant. | : |

## **ORDER**

This matter is before the court because of a filing of an order to direct the government to preserve notes. It appearing to the court that good cause has been shown for the relief requested.

IT IS ORDERED this _____ day of _____ 2007 that the government provide the defense with the notes of any government agents including but not limited to law enforcement personnel.

_____
J U D G E

George Eliopolious, Esquire
Anthony Scarpelli, Esquire
United States Attorney's Office
Organized Crime and Narcotics Section
555 Fourth Street, NW
Washington, DC 20530

Anthony D. Martin, Esquire
BELLE POINT OFFICE PARK
7841 Belle Point Drive
Greenbelt, MD 20770