# THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, : | |
| Plaintiff, : | |
| v. : | Case Number: 06-CR-21-01-RBW |
| CINQUAN BLAKNEY, : | |
| Defendant. : | |

## ORDER

This matter is before the court because of a filing of an order to direct the government to preserve notes. It appearing to the court that good cause has been shown for the relief requested.

IT IS ORDERED this _____ day of _____ 2007, that the government provide the defense with the notes of any government agents including but not limited to law enforcement personnel.

_____
J   U   D   G   E

George Eliopolious, Esquire
Anthony Scarpelli, Esquire
United States Attorney's Office
Organized Crime and Narcotics Section
555 Fourth Street, NW
Washington, DC 20530

Anthony D. Martin, Esquire
BELLE POINT OFFICE PARK
7841 Belle Point Drive
Greenbelt, MD 20770