THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff, | : | |
| v. | : | Case Number: 06-CR-21-01-RBW |
| CINQUAN BLAKNEY, | : | |
| Defendant. | : | |

**ORDER**

This matter is before the court on a Motion filed by Mr. BLAKNEY to Reveal the Identify of all Informants. After having considered the record to date, the government's response to the Motion and the argument's of counsel, it appears to the court that the interest of justice demands that the government reveal the identify of all informants.

WHEREFORE THE MOTION IS GRANTED and the government is ORDERED to provide the information requested forthwith.

_____
J U D G E

George Eliopolious, Esquire
Anthony Scarpelli, Esquire
United States Attorney's Office
555 Fourth Street, NW
Washington, DC 20530

Anthony D. Martin, Esquire
BELLE POINT OFFICE PARK
7841 Belle Point Drive
Greenbelt, MD 20770