TUNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA  :

       v.              :      Criminal No. 06-2l-02 (RBW)

RALPH INGRAM  :

### ORDER GRANTING MOTION TO ADOPT CO-DEFENDANT BLAKNEY MOTIONS TO COMPEL DISCLOSURE

Upon consideration of the Motion of Defendant, Ralph Ingram, to Adopt Motions To Compel Disclosure of Information Regarding Confidential Informants, Witnesses, Special Employees and Cooperating Criminals and to Reveal the Identify of the Informants And the Basis of Their Reliability, filed on behalf of co-defendant, Cinquan Blakney, and the reasons therein

It is by the Court this      day of                   ,2007

ORDERED;  That the motion to adopt said Motions by Defendant, Ralph Ingram,  be and the same is hereby granted.  That portion of the Motion for a response by the Status Hearing Date of January 11, 2008, will await a reply by the government and a further Order of this Court.

_____
REGGIE B. WALTON
United States District Judge