THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff, | : | |
| v. | : | Case Number: 06-CR-21-01-RBW |
| CINQUAN BLAKNEY, | : | |
| Defendant. | : | |

**MOTION FOR ENLARGEMENT OF TIME
TO FILE PRE-TRIAL MOTIONS**

Comes now CINQUAN BLAKNEY and moves for an enlargement of time in which to file pre-trial motions.

*Procedural Posture*

Defense pre-trial motions are due on October 12, 2007. The government's response is due on November 9, 2007. The Defense reply is due on November 30, 2007. A status conference is set for January 11, 2008. Argument on the motions has been set for March 3, 2008. Jury selection is set for March 11, 2008 and the trial is scheduled to begin on March 12, 2008. The trial is expected to last through the month of June 2008.

*Reason for Request*

Counsel has been in trial from February 13th, 2007 to the date of the filing of this motion in the case of ***United States v. Antwan Ball, et al.*** 05-CR-0100 (RWR). Only yesterday did undersigned counsel complete his closing argument.

When the current scheduling order was set, counsel represented to the court that he expected the ***Ball*** trial would be completed by the early part of September 2007.

Unfortunately, the trial continues, albeit with an end in sight. However, i appears that the jury will begin its deliberations as early as Tuesday of next week.

The extended litigation in the *Ball* trial has caused counsel to put off review of some of the discovery material. In addition, it is clear from discussions with other defense counsel and Mr. BLAKNEY that discovery material from other cases will have to be reviewed as well.

Several evidentiary issues have already been identified and others may be revealed as counsel continues to sift through the material. Hence, counsel seeks a two (2) week extension of the filing deadline for pre-trial motions.

Government trial counsel has been made aware of counsel's intent prior to the filing of the motion. The government does not oppose the motion, provided that they be given a two-week extension of their suspense date.

### *Prayer*

WHEREFORE, counsel respectfully requests that the pre-trial motions for all defendants be set for October 26th, 2007.

        Respectfully submitted,
        ANTHONY D. MARTIN

By: _____
    Anthony D. Martin, 362-537
    7841 Belle Point Drive
    Greenbelt, MD 20770
    (301) 220-3700; (301) 220-0791

*Attorney for Cinquan Blakney*