THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, : | |
| Plaintiff, : | |
| v. : | Case Number: 06-CR-21-01-RBW |
| CINQUAN BLAKNEY, : | |
| Defendant. : | |

**ORDER**

This matter is before the court on an application from counsel for CINQUAN BLAKNEY; for an enlargement of time in which to file pre-trial motions.

IT APPEARS that good cause has been shown for the request. IT FURTHER APPEARS that the government does not oppose the request for enlargement of time.

WHEREFORE, IT IS ORDERED that the defense time for filing pre-trial motions is extended to October 26th, 2007. IT IS FURTHER ORDERED that the government will respond to said motions no later than November 23rd, 2007 and any replies are due no later than December 21st, 2007.

_____
J U D G E

Entered on:

_____