UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA : 

v. : Criminal No. 06-21 (02) (RBW)

RALPH INGRAM :

## ORDER PERMITTING DEFENDANT, RALPH INGRAM, TO JOIN MOTION OFCODEFENDANT FOR ENLARGMENT OF TIME

Upon consideration of the Motion of Defendant, Ralph Ingram, To Join The Motion for Enlargement of Time for the Filing of Pre-trial Motions in this case, filed on behalf of co-Defendant, Cinquan Blakney and the matters and things considered

It is by the Court, this ___ day of October, 2007.

ORDERED: That the motion be and the same is hereby granted and the filing of pre-trial motions, responses and replies are as follows::

All motions are due to be filed by October 26, 2007.

Responses to motions are due by November 23, 2007.

Replies are due to be filed by December 21, 2007.

All other schedules remain.

_____
REGGIE B. WALTON
United States District Judge