UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED
OCT 17 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff ) | |
| ) | |
| v. ) | Criminal Action No. 06-0021 (RBW) |
| ) | |
| CINQUAN BLAKNEY, et al., ) | |
| ) | |
| Defendants. ) | |

**ORDER**

Cinquan Blakney, India Graves, Ralph Ingram, Kevin Morris, and Sean Blakney, all of whom are defendants in this criminal case, have filed separate motions seeking, with one exception,[1] an additional two weeks in which to file pre-trial motions in this case. The United States has consented to each of these requests provided that the deadline for the government to respond to these motions is likewise extended by two weeks. Each of the defendants consents to this condition imposed by the United States.

Based on the representations of the defendants' various attorneys and their acquiescence to the conditional consent of the United States to the relief requested by these defendants, the Court finds that there is good cause to grant the extensions requested by the defendants. Given the number of defendants seeking an extension of time in which to file their pre-trial motions, the need for the United States to receive an equivalent extension of time in which to respond to any

---

[1] Defendant Morris seeks a seventeen-day extension of time in which to file additional pre-trial motions.

1

such motions, and the administrative confusion that might result from entering separate orders with respect to each defendant, the Court will enter a single order extending the prior briefing deadlines set forth by the Court at the Status Conference in this case held on April 27, 2007, rather than enter individual orders addressing the defendants' motions in a piecemeal fashion.  It is therefore

**ORDERED** that the Motion for Enlargement of Time to File Pre-Trial Motions filed by Cinquan Blakney, the Consent Motion to Extend Time within which to File Defendants' Pre-Trial Motions filed by India Graves and Ralph Ingram, the Mo[t]ion to Join Motion for Enlargement of Time to File Pretrial Motions filed by Ralph Ingram, and the Unopposed Motion to Enlarge Time for Filing Defendant's Pre-Trial Motions filed by Sean Blakney are **GRANTED**.  It is further

**ORDERED** that the Defendant Kevin Morris'[s] Consent Motion to Enlarge Time within which to File Additional Motions is **GRANTED** in part and **DENIED** in part.  It is further

**ORDERED** that all defendants in this case shall file their pre-trial motions, if any, on or before October 26, 2007.  It is further

**ORDERED** that the United States shall file its opposition(s) to any pre-trial motions filed by the defendants, if any, on or before November 23, 2007.  It is further

**ORDERED** that the defendants in this case shall file their reply memoranda in support of any pre-trial motions filed in this case, if any, on or before December 14, 2007.

**SO ORDERED** this 16th day of October, 2007.

_____
REGGIE B. WALTON
United States District Judge