## THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, : | |
| : | |
| Plaintiff, : | |
| : | |
| v. : | Case Number: 06-CR-21-01-RBW |
| : | |
| : | |
| CINQUAN BLAKNEY, : | |
| : | |
| Defendant. : | |
| : | |

### ORDER

This matter is before the court on a motion filed by CINQUAN BLAKNEY to limit the testimony of law enforcement personnel to those matters within their personal knowledge and to preclude them from giving testimony regarding related cases or opinions on alleged "coded" language contained in the audio recordings. After having considered the response by the government and the arguments of counsel, it appears to the court that defendant's request is not without merit.

WHEREFORE THE MOTION IS GRANTED and the government is ORDERED to instruct its witnesses not to make general statements regarding their experience in other cases or to give an opinion on the alleged "coded" language contained in the audio recordings.

_____
J U D G E