THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, : | |
| : | |
| Plaintiff, : | |
| : | |
| v. : | Case Number: 06-CR-21-01-RBW |
| : | |
| : | |
| CINQUAN BLAKNEY, : | |
| : | |
| Defendant. : | |
| : | |

**MOTION FOR RULE ON WITNESSES
AND DISCLOSURE OF MOVEMENT**

Comes now CINQUAN BLAKNEY pursuant to Fed.R.Evid. 615 and Fed.R.Crim.P 16(E)(i) and moves for an order directing the government to sequester witnesses who may be called in this case to testify against him. Mr. BLAKNEY also requests that these witnesses be specifically told not to discuss this case or review the grand jury transcripts of any other witness who has testified in this case or any case related to this one. (e.g. *United States v. Eiland* ).

Mr. BLAKNEY further requests the government release to the defense, USMS *Form 129* and any other information related to the housing, detention, transport or short movements of cooperating criminals who may testify on behalf of the government. Said request includes but is not limited to the dates and time spent in federal facilities, contract facilities and the time and places spent in transport by the United States Marshal's Service or any other law enforcement agency. The relevant time period for said request is from CY 2002 to the present and continuing.

## *Points and Authorities*

1. Fed.R.Crim.P 16(E)(i)
2. Fed.R.Evid 615
3. United States v. Sepulveda, 15 F.3d 1161 (1st Cir. 1993)
4. United States v. Ortiz, 10 F.Supp 2d (N.D. Iowa 1998).
5.

                                                Respectfully submitted,
                                                ANTHONY D. MARTIN


By: _____
      Anthony D. Martin, 362 537
      BELLE POINT OFFICE PARK
      7841 Belle Point Drive
      Greenbelt, MD 20770
      (301) 220-3700; (301) 220-0791