THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| | : |
| Plaintiff, | : |
| | : |
| v. | : Case Number: 06-CR-21-01-RBW |
| | : |
| | : |
| CINQUAN BLAKNEY, | : |
| | : |
| Defendant. | : |
| | : |

**ORDER**

This matter is before the court on a motion filed by the defendant, CINQUAN BLAKNEY. The motions were filed pursuant to Fed.R.Evid. 615 and Fed.R.Crim.P 16(E)(i). Mr. BLAKNEY seeks an order directing the government to sequester witnesses who may be called in this case to testify against him. Mr. BLAKNEY further requests that these witnesses be specifically told not to discuss this case, their testimony or review the grand jury transcripts of any other witness who has testified in this case or any case related to this one. (E.g. *United States v. Eiland* ).

Mr. BLAKNEY further requests the government release to the defense USMS *Form 129* and any other information related to the housing, detention, transport or short movements of cooperating criminals who may testify on behalf of the government.

Said request includes but is not limited to the dates and time spent in federal facilities, contract facilities and the time and places spent in transport by the United States Marshal's Service or any other law enforcement agency. The relevant time period for said request is from CY 2002 to the present and continuing.

After having considered the motion, the government's response and the record to date, it appears to the court that to ensure a fair trial the motion should be granted. **WHEREFORE, IT IS ORDERED,** that the government instruct all of its witnesses not to discuss the case amongst themselves, review one another's transcripts, affidavits, proffers of fact or stipulations. **IT IS FURTHER ORDERED,** that the government provide the defense with the information related to the movement, detention and housing of all criminal witnesses prior to their being called to testify.

_____
J  U  D  G  E