**THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Case Number: 06-CR-21-01-RBW |
| | : | |
| | : | |
| CINQUAN BLAKNEY, | : | |
| | : | |
| Defendant. | : | |
| | : | |

**ORDER**

This matter is before the court on a motion filed by CINQUAN BLAKNEY to exclude wiretap evidence and/or for a *Franks Hearing*. After having considered the record to date, the government's response to the motion and the arguments of counsel, it appears to the court that the government has failed to demonstrate that there was a genuine need for a wiretap during the course of the investigation.

WHEREFORE THE MOTION IS GRANTED and the government is ORDERED not to make reference to or introduce any of the audio recordings made pursuant to the wiretap authorization.

_____
J  U  D  G  E