THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, : | |
| : | |
| Plaintiff, : | |
| : | |
| v. : | Case Number: 06-CR-21-01-RBW |
| : | |
| : | |
| CINQUAN BLAKNEY, : | |
| : | |
| Defendant. : | |
| : | |

**ORDER**

This matter is before the court on a motion filed by CINQUAN BLAKNEY to dismiss the indictment based on an illegal multiplication of charges in violation of the constitution proscription against double jeopardy. After having reviewed the motion, the charging document and the arguments of counsel for both sides, it appears that the indictment is procedurally infirm.

WHEREFORE THE MOTION IS GRANTED and the government is ORDERED to elect which counts it will proceed under without violating the principles against double jeopardy.

_____
J U D G E