UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Criminal Division

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.               ) | Criminal No: 06-021 (RBW) |
| ) | |
| ) | |
| SEAN BLAKNEY        ) | |

**MOTION FOR LEAVE TO ADOPT AND JOIN
CERTAIN MOTIONS FILED BY CO-DEFENDANT**

The defendant, by and through undersigned counsel, respectfully moves for leave to adopt and join in certain motions filed by co-defendants, as listed below.

In support thereof, the defendant states:

In the interest of judicial economy and to avoid duplicated effort among counsel, Defendant Sean Blakney seeks to adopt and conform the following four (4) motions:

**1.** Motion To Identify Witnesses With Juvenile Proceedings And To Inspect Juvenile Files Pursuant to *Davis v. Alaska*, filed by defendant India Graves;

**2.** Motion to Exclude Cooperating Witness Testimony And Request For a Reliability Hearing, filed by defendant India Graves;

**3.** Motion For Suppression Of Communications Unlawfully Intercepted And Evidence Derived From Illegal Electronic Surveillance, filed by defendant Kevin Morris;

4. Motion to Suppress Evidence (Wire Intercept & Search), filed by defendant Ralph Ingram.

Respectfully submitted,

JOSEPH BESHOURI, Bar #412199
419 Seventh St., N.W.
Suite 405
Washington, D.C.  20004
(202) 842-0420