UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Criminal Division

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No: 06-021 (RBW) |
| | ) | |
| | ) | |
| SEAN BLAKNEY | ) | |

**ORDER**

Having reviewed the defendant **Motion For Leave To Adopt And Join Certain Motions Filed By Co-defendants** ("Motion") it is hereby

**ORDERED,** that the defendant's Motion is **GRANTED**; and it is further

**ORDERED**, that defendant Hilt will be allowed to adopt the four motions listed in his Motion.

_____
JUDGE REGGIE B. WALTON

DATE _____