UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| vs. | : | Criminal No. 06-21 (RBW) |
| | : | |
| CINQUAN BLAKNEY, et al., | : | |
| | : | |
| Defendants. | : | |

**GOVERNMENT'S MOTION FOR EXTENSION OF TIME
TO FILE OPPOSITIONS TO DEFENDANTS' PRETRIAL MOTIONS**

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, respectfully moves of an extension of time to file its oppositions to defendants' pretrial motions. As grounds for this motion, the United States relies on the following points and authorities, and such other points and authorities as may be raised at a hearing, if any.

1. By Order dated October 17, 2007, the Court granted defendants' motion seeking additional time to file pretrial motions in this criminal case. The defendants were allowed until October 26, 2007, to file pretrial motions and the United States was allowed to file any oppositions by November 23, 2007.

2. The defendants have filed in excess of approximately 30 motions, some of which involve complicated legal and factual matters, including with respect to wiretap communications.

3. Since the filing of these motions, the United States and the defendants have been involved in serious and time consuming plea negotiations.

4.	Therefore, the United States requests that the Court grant additional time to the government to file it oppositions to the defendants' pretrial motions, to and including January 7, 2008, and allow the defendants to file any reply memoranda until January 28, 2008.

5.	Counsel for the government have talked to all defense counsel, except counsel for James Morgan, and they have no opposition to this motion.  Counsel for James Morgan, Brian McDaniels, has not, by the filing of this motion, returned the calls of the undersigned counsel.

WHEREFORE, the United States respectfully requests that the Court grant additional time to the government to file it oppositions to the defendants' pretrial motions, to and including January 7, 2008, and allow the defendants to file any reply memoranda by January 28, 2008.

Respectfully submitted,

JEFFREY A. TAYLOR
United States Attorney
D.C. Bar No. 498610

_____

GEORGE P. ELIOPOULOS
Assistant United States Attorney
D.C. Bar No. 390601
Organized Crime and Narcotics Trafficking Section
555 4th Street, N.W.
Washington, DC 20530
(202) 514-7294