UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| vs. : | Criminal No. 06-21 (RBW) |
| : | |
| CINQUAN BLAKNEY, et al., : | |
| : | |
| Defendants. : | |

ORDER

Upon consideration of the United States' Motion for Extension of Time to File Oppositions to Defendants' Pretrial Motions, it is this _____ day of _____, 2007,

ORDERED, that the United States' motion is hereby GRANTED.

_____
REGGIE B. WALTON
United States District Court Judge

cc:   Counsel of Record