# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA


**UNITED STATES OF AMERICA**          **:**

                                    **:**          **Criminal No. 06-21 (RBW)**

           **v.**          **:**

                                    **:**

**CINQUAN BLAKNEY, et al.**          **:**
    **(Cinauan Blakney,**          **:**
    **Ralph Ingram,**          **:**
    **Tristan Sellers,**          **:**
    **India Graves,**          **:**
    **Sean Blakney,**          **:**
    **James Morgan,**          **:**
    **Kevin Morris,**          **:**
    **Donovan Bostick)**          **:**

_____ **:**

## ORDER

Upon consideration of the Defendants' Motions to Suppress Wiretap Evidence, and the government's opposition thereto, it is, this _____ day of February, 2008,

ORDERED that the defendant's motion is denied.


_____
REGGIE B. WALTON
United States District Judge