CO-526
(12/86)

FILED

APR 2 9 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA      )
                              )
                              )
         vs.                  )    Criminal No. 06-21-1
                              )
  Cinquan Blakney             )
                              )

WAIVER OF TRIAL BY JURY

With the consent of the United States Attorney and the approval of the Court, the defendant waives his right to trial by jury.

_____
          Defendant

_____
        Counsel for defendant

I consent:

_____
     United States Attorney

Approved:

_____
              Judge

4/29/08