UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| vs. : | Criminal No. 06-21 (RBW) |
| : | |
| CINQUAN BLAKNEY, et al., : | |
| : | |
| Defendants. : | |

**GOVERNMENT'S AGREED TO MOTION TO
CONVERT MOTIONS HEARING TO STATUS HEARING**

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, respectfully moves to convert the motions hearing scheduled for September 5, 2008, to a status hearing. The defendants remaining in this case have agreed to this motion. As grounds for this motion, the United States relies on the following points and authorities, and such other points and authorities as may be raised at a hearing, if any.

1. On February 29, 2008, the Court scheduled a motions hearing for September 5, 2008, and trial for February 2009. At that time, eight defendants were pending trial. Since that time, five defendants have pleaded guilty. The plea of a sixth defendant is in the process of being scheduled by the Court and the remaining two defendants (Kevin Morris and James Morgan) are actively involved in serious plea discussions with the government.

2. Therefore, the United States, with the assent of the remaining defendants, requests that the Court convert the motions hearing into a status hearing. This will allow for the remaining parties to continue working towards a disposition of this case short of trial while

preserving judicial resources.

    WHEREFORE, the United States respectfully requests that the Court convert the motions hearing scheduled for September 5, 2008, to a status hearing.

                               Respectfully submitted,

                               JEFFREY A. TAYLOR
                               United States Attorney
                               D.C. Bar No. 498610


                               _____/s/_____
                               GEORGE P. ELIOPOULOS
                               Assistant United States Attorney
                               D.C. Bar No. 390601
                               555 4th Street, N.W.
                               Washington, DC 20530
                               (202) 514-7294
                               E-mail: George.P.Eliopoulos@usdoj.gov