UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED
SEP 3 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES OF AMERICA :
:
vs. :   Criminal No. 06-21 (RBW)
:
CINQUAN BLAKNEY, et al., :
:
      Defendants. :

## ORDER

Upon consideration of the United States' Agreed to Motion to Convert Motions Hearing to Status Hearing, it is this 2nd day of September, 2008,

ORDERED, that the United States' motion is hereby GRANTED.

REGGIE B. WALTON
United States District Court Judge

cc:   Counsel of Record